1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

CARLOS AVALOS ,

                  Plaintiff,

    v.

STEPHANIE L. BALTZELL , et al.,

                  Defendants.

CASE NO. 19-1066-RSM-BAT

**ORDER OF DISMISSAL**

9
10
11
12
13
14

      Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

15
      (1)     The Court **ADOPTS** the Report and Recommendation.

16
17
      (2)     Defendants' motion for summary judgment (Dkt. 30) is **GRANTED**; Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

18
19
      (3)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

20
      Dated this 8th day of May, 2020.

21
22
23

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1